**Order filed April 13, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00138-CV
_____

**CHRISTOPHER MICHAEL DIEHL, Appellant**

**V.**

**BRITTANY FORGEY, Appellee**

**On Appeal from the 280th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-45357**

## O R D E R

The notice of appeal in this case was filed March 11, 2021. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. _See_ Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **April 28, 2021.** _See_ Tex. R. App. P. 5. If appellant

fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Hassan.